IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAKHRUKH HAMIDUVA )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, et al., )<br>Respondents. )<br>_____) | Civil Action No. 08-CV-1221 (CKK) |
| SHARIFULLAH )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, et al., )<br>Respondents. )<br>_____) | Civil Action No. 08-CV-1222 (EGS) |
| MAHBUB RAHMAN )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, et al., )<br>Respondents. )<br>_____) | Civil Action No. 08-CV-1223 (JR) |
| AWAL GUL )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, et al., )<br>Respondents. )<br>_____) | Civil Action No. 08-CV-1224 (RMC) |

| | |
|---|---|
| FNU HAFIZULLAH            )<br>                                          )<br>       Petitioner,              )<br>                                          )<br>    v.                              )<br>                                          )   Civil Action No. 08-CV-1227 (ESH)<br>GEORGE W. BUSH, et al.,  )<br>       Respondents.          )<br>_____)<br>SALEM AHMED HADI     )<br>                                          )<br>       Petitioner,              )<br>                                          )<br>    v.                              )<br>                                          )   Civil Action No. 08-CV-1228 (RMC)<br>GEORGE W. BUSH, et al.,  )<br>       Respondents.          )<br>_____)<br>YAKUBI                           )<br>                                          )<br>       Petitioner,              )<br>                                          )<br>    v.                              )<br>                                          )   Civil Action No. 08-CV-1229 (JDB)<br>GEORGE W. BUSH, et al.,  )<br>       Respondents.          )<br>_____)<br>KAHLID SAAD MOHAMMED  )<br>                                          )<br>       Petitioner,              )<br>                                          )<br>    v.                              )<br>                                          )   Civil Action No. 08-CV-1230 (RMC)<br>GEORGE W. BUSH, et al.,  )<br>       Respondents.          )<br>_____)| |

| | | |
|---|---|---|
| ABDULAH ALHAMIRI | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 08-CV-1231 (CKK) |
| GEORGE W. BUSH, et al., | ) | |
| Respondents. | ) | |
| _____ | ) | |
| MAHMMOUD OMAR MOHAMMED BIN ATEF | ) ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 08-CV-1232 (JR) |
| GEORGE W. BUSH, et al., | ) | |
| Respondents. | ) | |
| _____ | ) | |
| MANSOOR MUHAMMED ALI QATTAA | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 08-CV-1233 (ESH) |
| GEORGE W. BUSH, et al., | ) | |
| Respondents. | ) | |
| _____ | ) | |
| ABDUL AL RAZZAQ MUHAMMAD SALIH | ) ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 08-CV-1234 (RJL) |
| GEORGE W. BUSH, et al., | ) | |
| Respondents. | ) | |
| _____ | ) | |

| | | |
|---|---|---|
| AHMED YASLAM SAID KUMAN | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 08-CV-1235 (JDB) |
| GEORGE W. BUSH, et al., | ) | |
| Respondents. | ) | |
| _____ | ) | |
| MUIEEN ADEEN JAMAL ADEEN ABD | ) | |
| AL FUSAL ABD AL SATTAR, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-CV-1236 (JDB) |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, | ) | |
| *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |
| _____ | ) | |
| HAMOUD ABDULLAH HAMOUD | ) | |
| HASSAN AL WADY | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 08-CV-1237 (RMC) |
| GEORGE W. BUSH, et al., | ) | |
| Respondents. | ) | |
| _____ | ) | |
| SHAWKI AWAD BALZUHAIR | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 08-CV-1238 (RWR) |
| GEORGE W. BUSH, et al., | ) | |
| Respondents. | ) | |
| _____ | ) | |

## **NOTICE OF APPEARANCE**

Please take notice of the appearance of the following counsel on behalf of respondents:

> JUDRY L. SUBAR
> U.S. Department of Justice
> Civil Division
> Federal Programs Branch
> Room 7342
> 20 Massachusetts Ave., N.W.
> Washington, D.C. 20530
> (202) 514-3969

Dated: July 24, 2008                    Respectfully submitted,

> GREGORY G. KATSAS
> Assistant Attorney General
>
> JOHN C. O'QUINN
> Deputy Assistant Attorney General
>
>   /s/ *Judry L. Subar*
> JOSEPH H. HUNT (D.C. Bar No. 431134)
> VINCENT M. GARVEY (D.C. Bar No. 127191)
> JUDRY L. SUBAR (D.C. Bar No. 347518)
> TERRY M. HENRY
> ANDREW I. WARDEN
> Attorneys
> United States Department of Justice
> Civil Division, Federal Programs Branch
> P.O. Box 883
> Washington, DC  20044
> Tel:  (202) 514-3969
>
> Attorneys for Respondents