IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) | |
| ) | Misc. No. 08-442 (TFH) |
| GUANTANAMO BAY ) | |
| DETAINEE LITIGATION ) | Civil Action Nos. 08-CV-01229 (JDB); |
| ) | 08-CV-01231 (CKK) |

**STATUS REPORT AND NOTICE OF TRANSFER**

Pursuant to this Court's July 24, 2008 Order, undersigned counsel for the respondents states the following status of this case and hereby provides notice that petitioners Yakubi (08-01229, ISN 1165) and Abdulah Alhamiri (08-01231, ISN 48) have been released from United States custody. Mr Yakubi has been transferred to the control of the government of Afghanistan and Mr. Alhamiri has been transferred to the control of the government of the United Arab Emirates.

[REMAINDER INTENTIONALLY LEFT BLANK]

Each of these petitions is now moot and should be dismissed.

Dated: August 1, 2008

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JOHN C. O'QUINN
Deputy Assistant Attorney General

   /s/ Scott M. Marconda
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR (D.C. Bar No. 347518)
TERRY M. HENRY
ANDREW I. WARDEN (IN Bar No. 23840-49)
SCOTT M. MARCONDA (CA Bar No. 144225)
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, DC  20530
Tel:  (202) 305-0169
Fax:  (202) 616-8470
Attorneys for Respondents