# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FNU YAKUBI, )<br>)<br>Detainee, )<br>)<br>*Petitioner*, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, et al., )<br>)<br>*Respondents*. ) | 08-CV-1229 (JDB) |

## NOTICE OF ENTRY OF APPEARANCE

TO THE CLERK:

Please enter the appearance of W. Matthew Dodge and Brian Mendelsohn as counsel for Petitioner FNU YAKUBI, ISN 1165, in the above-captioned matter.

Counsel for Petitioner certify, pursuant to L. Civ. R. 83.2(g) that they are representing Petitioner without compensation.

This the 12th day of August, 2008.

        Respectfully submitted,

   /s/ *W. Matthew Dodge*
  W. MATTHEW DODGE (Pursuant to LcvR 83.2(g))
  Georgia State Bar No. 224371

   /s/ *Brian Mendelsohn*
  BRIAN MENDELSOHN (Pursuant to LcvR 83.2(g))
  Georgia State Bar No. 502031

  FEDERAL DEFENDER PROGRAM, INC.
  100 Peachtree Street, N.W., Suite 1700
  Atlanta, Georgia 30303
  Telephone: (404) 688-7530
  Facsimile: (404) 688-0768
  E-mail: Matthew_Dodge@fd.org