UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YAKUBI,<br><br>    Detainee,<br><br>        *Petitioner*,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br><br>        *Respondents*. | )<br>)<br>)<br>)<br>)   08-CV-1229 (JDB)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF ENTRY OF APPEARANCE**

TO THE CLERK:

Please enter the appearance of W. Matthew Dodge and Brian Mendelsohn as counsel for Petitioner FNU YAKUBI, ISN 1165, in the above-captioned matter.

Counsel for Petitioner certify, pursuant to L. Civ. R. 83.2(g) that they are representing Petitioner without compensation.

This the 12th day of August, 2008.

                      Respectfully submitted,

                     /s/ *W. Matthew Dodge*
                     W. MATTHEW DODGE(Pursuant to LcvR 83.2(g))
                     Georgia State Bar No. 224371

                     */s/ Brian Mendelsohn*
                     BRIAN MENDELSOHN (Pursuant to LcvR 83.2(g))
                     Georgia State Bar No. 502031

                     FEDERAL DEFENDER PROGRAM, INC.
                     100 Peachtree Street, N.W., Suite 1700
                     Atlanta, Georgia 30303
                     Telephone: (404) 688-7530
                     Facsimile: (404) 688-0768
                     E-mail: Matthew_Dodge@fd.org